1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1940
8   Fax: (916) 324-5205

9  Attorneys for Defendant Minnick
   48149280-CA1999CX0162
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 | ANDREW R. LOPEZ,                          | CASE NO. CIV S-98-2111 JKS P
16 |                        Plaintiff,         | [PROPOSED] ORDER
   |                                           | GRANTING DEFENDANT'S
17 |         v.                                | REQUEST FOR LEAVE TO
   |                                           | FILE A MOTION FOR
18 | D. PETERSON, et al.,                      | SUMMARY JUDGMENT
19 |                        Defendants.        |

20

21     Defendant's request for leave to file a motion for summary judgment was considered

22 by the Court, and good cause appearing, Defendant's request is granted.

23     IT IS HEREBY ORDERED that Defendant Minnick shall have until September 26,

24 2005 to file a motion for summary judgment.

25

26 DATED: 7/1/05

                                          JAMES K. SINGLETON
27                                        United States District Court Judge

28

Order Granting Defendants' Request for Leave to file a Motion for Summary Judgment

1