IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>              Plaintiff,<br><br>  vs.<br><br>D. PETERSON, et al.,<br><br>              Defendants. | Case No. CIV S-98-2111 (JKS)<br><br>O R D E R |

      There are a couple of matters pending before the Court.  On June 24, 2005, this Court issued an order granting in part and denying in part Defendants' motion to dismiss.  Docket No. 227. Because the deadline for dispositive motions had already passed, the Court directed the parties to notify it whether they needed additional time to file motions for summary judgment.  Defendant Minnick requested additional time; a request the Court granted.  *See* Docket Nos. 228 (Mot.); 230 (Order).  Plaintiff Andrew Lopez has also requested additional time and included with his request his motion for summary judgment.  Docket No. 234.  The State has filed its opposition.  Docket No. 239.  The Court will **GRANT** Lopez's request for additional time.  However, the Court will refrain from ruling on the merits of Lopez's motion until after the State's motion for summary judgment becomes ripe.  The Court will then consider the two competing motions at the same time.

      Second, Lopez has filed a motion for reconsideration as well as proposed orders suggesting a variety of relief.  *See* Docket Nos. 232; 235; 237.  The Court has considered the requests.  The motions at **Docket Nos. 232, 235,** and **237** are **DENIED**.

      **IT IS SO ORDERED.**

      Dated at Anchorage, Alaska, this <u>15th</u> day of August 2005.

                                                        /s/ James K. Singleton, Jr.
                                                       **JAMES K. SINGLETON, JR.**
                                                       United States District Judge