IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>D. PETERSON, et al.,<br><br>             Defendants. | Case No. CIV S-98-2111 (JKS)<br><br>O R D E R |

     Plaintiff Andrew Lopez moves the Court for a number of items. Docket No. 243. First, he requests that all deadlines in this case be postponed or extended. But the only pending deadline currently in this case is the State's deadline for filing a supplemental motion for summary judgment, which is due September 26, 2005. Docket No. 230. Lopez has already filed a supplemental motion for summary judgment; a motion upon which the Court has reserved judgment until after the State has filed its competing motion. *See* Docket No. 240. In other words, there are no deadlines affecting Lopez that the Court can extend. Should Lopez need additional time to file an opposition once the State has filed its motion for summary judgment, he may request an extension at that time. The request will be denied.

     Next, Lopez again requests counsel. This Court has already repeatedly denied Lopez's requests for counsel and explained its reasons for doing so ad nauseum. The request will be once again denied. Finally, Lopez asks the Court to certify a class of prisoners at Corcoran State Prison because of what he claims is corruption in the prison system. He asks that the law firm of Munger, Tolles, & Olsen be appointed to represent the class. The request is frivolous and will be denied.

1

**IT IS THEREFORE ORDERED:**

Plaintiff's requests at **Docket No. 243** are **DENIED**.

Dated at Anchorage, Alaska, this  29th  day of August 2005.

                                       /s/ James K. Singleton, Jr.
                                      **JAMES K. SINGLETON, JR.**
                                        United States District Judge