BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendant Minnick
CA1999CX0162

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>D. PETERSON, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. CIV S-98-2111 JKS P<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

　　　Defendant's second request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendant's request is granted.

　　　IT IS HEREBY ORDERED that Defendant Minnick shall have until October 26, 2005 to file a motion for summary judgment.

DATED: 9/27/05

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

*[Proposed] Order Granting Defendant's Second Request for an EOT to file a MSJ*

1