IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                    No. CIV S-98-2111 JKS (PC)

      vs.

D. PETERSON, et al.,

      Defendants.            <u>ORDER</u>

                             /

The parties have filed a joint request for a settlement conference. Pursuant to reference from the district judge, a settlement conference is now SET before the undersigned on February 22, 2007 at 10:00 a.m. in Courtroom No. 25. The court separately issues a writ of habeas corpus ad testificandum to provide for plaintiff's presence at the conference.

At the request of the parties and pursuant to permission from the district judge, the schedule set forth in the December 5, 2006, scheduling order is MODIFIED as follows:

      Pretrial Documents:                March 7, 2007

      First Supplement Trial Briefs      March 21, 2007

      Proposed Pretrial Order           April 4, 2007

      Second Supplemental Trial Briefs   April 18, 2007.

////

1   Final Pretrial Conference/Trial remain, as previously set, on May 1, 2007 at 9:00 a.m. in
2   Courtroom No. 6., United States Courthouse, 501 I Street, Sacramento, CA.
3   DATED: January 26, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE