IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW R. LOPEZ, | | |
| | Plaintiff, | No. CIV S-98-2111 JKS |
| vs. | | |
| D. PETERSON, et al., | | ORDER RE SETTLEMENT & DISPOSITION |
| | Defendants. / | |

Pursuant to the representations of counsel and the parties at a Settlement Conference conducted before the undersigned on February 22, 2007, the court has determined that the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

All hearing dates set in this matter, including the Final Pretrial Conference/Trial currently set for May 1, 2007, are **VACATED.**

////

////

////

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: February 23, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2