IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                     No. CIV S-98-2111 JKS (PC)

    vs.

D. PETERSON, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Pursuant to the joint request of the parties, and good cause appearing therefore, the deadline by which to file dispositional documents is extended to April 24, 2007.

    So ordered.

DATED: March 30, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE