# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ  v.  D. MITCHELL *ET AL*

DATE: June 6, 2007                              CASE NO. 2:98-cv-02111-JKS(PC)

THE HONORABLE JAMES K SINGLETON, JR.

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
             **Re: Request at Docket No. 295**

     At Docket No. 295 Plaintiff has requested that he be provided a copy of the docket sheet and a document identified as Docket No. 294-2, which were not included in the materials served on him by mail on May 18, 2007.  Lopez also claims that the "Complaint Filed" date on the New Appeals Docket Information (Docket No. 294-1) is incorrect.  A review of the docket reveals that the documents identified by Plaintiff as having been received by him (Docket 294-1 (New Appeals Docket Information), 294-3 (Appeal Notice), and 294-4 (Certificate of Record)) are all the documents associated with Docket 294; there is no document identified as Docket 294-2.

     IT IS ORDERED THAT the Clerk of the Court is directed to furnish Plaintiff  Andrew R. Lopez with a copy of the complete docket sheet.

     IT IS FURTHER ORDERED THAT the Clerk shall verify the date the complaint was filed or, if the date is incorrect, prepare and send to the Court of Appeals an amended New Appeals Docket Information reflecting the correct date.

     In all other respects the request at Docket No. 295 is DENIED.

[MO Mtn Dkt 295.wpd]