1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW R. LOPEZ,

11            Plaintiff,                    No. CIV S-98-2111 LKK EFB P

12        vs.

13   D. PETERSON, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.   He requests an extension of time to file and serve an amended complaint.  *See*

18   Fed. R. Civ. P. 6(b).  He also requests the appointment of counsel.

19        District courts lack authority to require counsel to represent indigent prisoners in

20   section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In

21   exceptional circumstances, the court may request counsel voluntarily to represent such a

22   plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood*

23   *v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no

24   exceptional circumstances in this case.

25   ////

26   ////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's June 19, 2009 motion for appointment of counsel is denied.

2.  Plaintiff's July 24, 2009, motion is granted and plaintiff has 30 days from the date this order is served to file and serve an amended complaint.

So ordered.

DATED:  September 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE