IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

      Plaintiff,                    No. CIV S-98-02111 LKK EFB P

      vs.

D. PETERSON, et al.,

      Defendants.               ORDER

                            /

        On September 26, 2011, plaintiff filed "objections" to the magistrate judge's order filed September 13, 2011, which the court construes as a request for reconsideration. On September 26, 2011, plaintiff filed "objections" to the magistrate judge's order filed September 13, 2011, which the court construes as a request for reconsideration.

        On March 9, 2012, the magistrate judge filed an order denying Plaintiff's motion to appoint counsel and findings and recommendations ("F&R") recommending that Defendants' motion to dismiss be granted in part, and plaintiff has until March 23, 2012 to file objections to the F&R.

        Accordingly, IT IS HEREBY ORDERED that the court's decision on plaintiff's request for reconsideration, ECF No. 343, is STAYED pending resolution of Defendants' motion to dismiss.

1

1   DATED: March 19, 2012.

2

3

4   _____
    LAWRENCE K. KARLTON
5   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26