IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

     Plaintiff,                    No. CIV S-98-02111 LKK EFB P

     vs.

D. PETERSON, et al.,

     Defendants.          <u>ORDER</u>

                                /

On September 26, 2011, plaintiff filed "objections" to the magistrate judge's order filed September 13, 2011, which the court construes as a request for reconsideration. On September 26, 2011, plaintiff filed "objections" to the magistrate judge's order filed September 13, 2011, which the court construes as a request for reconsideration.

On March 9, 2012, the magistrate judge filed an order denying Plaintiff's motion to appoint counsel and findings and recommendations ("F&R") recommending that Defendants' motion to dismiss be granted in part, and plaintiff has until March 23, 2012 to file objections to the F&R.

Accordingly, IT IS HEREBY ORDERED that the court's decision on plaintiff's request for reconsideration, ECF No. 343, is STAYED pending resolution of Defendants' motion to dismiss.

1   DATED: March 19, 2012.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```