IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**D. PETERSON, et al.,**<br><br>Defendants. | No. 2:98-cv-2111 LKK-EFB (PC)<br><br>**[Proposed] ORDER GRANTING SEVEN-DAY EXTENSION FOR DEFENDANTS DIGGS AND HAAS TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY** |

Good cause appearing, Defendants' motion for a seven-day extension to serve their responses to Plaintiff's first set of interrogatories and admission and production requests is granted, nunc pro tunc.

Defendants shall respond to the first set of written discovery on or before April 9, 2014.

IT IS SO ORDERED.

Dated: April 21, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants Seven-Day Extension to Respond to Plaintiff's Discovery  (2:98-cv-2111 LKK-EFB)