UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>D. PETERSON, et al.,<br><br>          Defendants. | No. 2:98-cv-2111-LKK-EFB P<br><br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action brought under 42 U.S.C. § 1983. The court finds that the appointment of counsel is warranted for the limited purpose of conducting discovery. Robert Navarro has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose, and he has agreed to be appointed.

   Accordingly, IT IS HEREBY ORDERED that:

1. Robert Navarro is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of conducting discovery only.
2. Robert Navarro's appointment will terminate when all discovery matters are closed in this action. The court will notify the parties when discovery is closed.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

1

 4. The Clerk of the Court is directed to serve a copy of this order upon Robert Navarro, Attorney at Law, 1295 North Wishon Avenue, Suite 3, Fresno, California 93728.

DATED: July 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE