UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ, | No. 2:98-cv-2111-LKK-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. PETERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983. Robert Navarro has been selected from the court's pro bono attorney panel to represent plaintiff for the limited purpose of conducting discovery. Prior to the appointment of counsel, plaintiff filed two pro se motions, which remaining pending. *See* ECF No. 391 (Request to Vacate Discovery and Dispositive Motion(s) Deadlines); ECF No. 397 (Motion to Compel Discovery). A status conference is set herein to determine whether plaintiff's counsel intends to amend and/or re-file or withdraw the pro se motions. At the conference, counsel shall address whether any modifications to the Rule 16 schedule are necessary at this time.[1]

/////

---

[1] The court issued the Rule 16 scheduling order on December 12, 2013. ECF No. 371. Since then, the court has modified it four times. *See* ECF Nos. 376, 378, 389, 390. The deadline for filing dispositive motions is currently set for October 28, 2014. ECF No. 376.

1

1  Accordingly, IT IS HEREBY ORDERED that a status conference is set before the
2 undersigned on Wednesday, August 13, 2014 in Courtroom No. 8, 13th Floor, at 10:00 a.m.
3 DATED: July 10, 2014.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE