

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Andrew Rick Lopez,

          Plaintiff(s)

vs.

D. Peterson, et al.,

          Defendants.

No. 2:98-cv-2111-LKK-EFB P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Robert Navarro, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on July 8, 2014, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I have been appointed to represent Mr. Lopez for purposes of completing discovery in this long running matter. I have met with Mr. Lopez and obtained from him his discovery files, including his pro per discovery requests (for production, interrogatories, admissions, etc.) and the responses he has received and all the actual discovery he has received. This is necessary in order to assess the status of discovery and to analyze and understand the motion to compel and the defendants' opposition.

To do this, I need to copy them for my files and to return his discovery files.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 100.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:98-cv-2111-LKK-EFB P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of JULY, 20 14, at Fresno, California.

/s/Robert Navarro

*Robert Navarro*

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 7-22-14

United States District Judge/Magistrate Judge