UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>D. PETERSON, et al.,<br><br>    Defendants. | No. 2:98-cv-2111-LKK-EFB P<br><br><br>ORDER |

In light of the parties' August 19, 2014 joint status report (ECF No. 410), the court hereby ORDERS as follows:

1. The status conference set for August 27, 2014 is vacated.
2. Plaintiff's request to withdraw and revise his pro se motion to compel is granted and the clerk of the court shall note on the docket that the motion (ECF No. 397) is withdrawn.
3. The court sets the following scheduling deadlines:
    a. The parties may conduct non-expert discovery until December 17, 2014. Any motions necessary to compel non-expert discovery shall be heard by that date.
    b. The parties shall make their expert disclosures on or before January 16, 2015.
    c. The parties may conduct expert discovery until March 18, 2015. Any motions necessary to compel expert discovery shall be heard by that date.

   d. Dispositive motions shall be filed on or before May 6, 2015.

 4. Plaintiff's pro se motions to vacate the discovery and dispositive motions deadlines and to stay this action until counsel makes an appearance (ECF Nos. 391, 405) are denied as moot.

DATED: August 21, 2014.

      EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE