UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>D. PETERSON, et al.,<br><br>  Defendants. | No.  2:98-cv-2111-MCE-EFB P<br><br><br>ORDER |

Plaintiff's counsel has filed a notice scheduling a hearing for January 21, 2015 on plaintiff's motion to compel production of documents (ECF No. 397).  ECF No. 415.  However, the court granted plaintiff's request to withdraw and revise that motion on August 21, 2014.  ECF No. 411.  If plaintiff wishes to have the motion heard, he must file a revised motion, consistent with that order.  Accordingly, the hearing currently set for January 21, 2015 is dropped from calendar.

So ordered.

DATED: December 29, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE