1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 445-4928
6    Facsimile:  (916) 324-5205
     E-mail:  Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants Babich, Baughman,*
8  *Castro, Diggs, Haas, Holmes, C.J. Peterson, D.*
   *Peterson, Reyes, and Wright*
9

10             IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15  **ANDREW R. LOPEZ,**                   No. 2:98-cv-2111 MCE-EFB (PC)

16                          Plaintiff,     **STIPULATION AND** ~~**PROPOSED**~~
                                           **ORDER TO MODIFY SCHEDULING**
16                                         **ORDER TO EXTEND THE DEADLINE**
17        v.                               **TO FILE DISPOSITIVE MOTIONS**

18  **D. PETERSON, et al.,**

19                          Defendants.

20

21        Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through

22  their counsel of record (limited purpose counsel for Plaintiff), agree to and request a modification

23  of the Scheduling Order to extend the deadline to file dispositive motions by forty-five days, up to

24  and including September 11, 2015.  Good cause exists to grant this stipulation because defense

25  counsel is preparing for trial and will be unable to complete Defendants' intended summary-

26  judgment motion by the current deadline.

27        A scheduling order may be modified only upon a showing of good cause and by leave of

28  Court.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975

                                            1

1   F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In

2   considering whether a party moving for a schedule modification has good cause, the Court

3   primarily focuses on the diligence of the party seeking the modification.  *Johnson,* 975 F.2d at

4   609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).  "The district

5   court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the

6   party seeking the amendment.'"  *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983

7   amendment).

8        In December 2013, the Court issued a Scheduling Order in this matter.  (ECF No. 371.)  On

9   July 8, 2014, the Court appointed Robert Navarro from the Court's pro bono attorney panel to

10  represent Plaintiff for the limited purpose of conducting discovery.  (ECF No. 403.)  Based on the

11  appointment of Mr. Navarro and the need for additional time to conduct discovery, the parties

12  agreed to and requested an extension of the scheduling deadlines, including the deadline to file

13  dispositive motions.  (ECF No. 413.)  The Court granted the parties' request, and continued the

14  discovery deadline to March 27, 2015 and the dispositive-motion deadline to July 31, 2015.

15  (ECF No. 414.)  On February 3, 2015, Plaintiff filed a motion to compel Defendant Holmes's

16  further responses to a production request.  (ECF No. 417.)  The Court has not yet ruled on that

17  discovery motion.

18       Defendants require an extension to file their motion for summary judgment because their

19  counsel will not be able to complete the motion by the current deadline.  Counsel has spent the

20  majority of the month of July preparing for trial in *Lemire v. CDCR* (E.D. Cal. No. 2:08-cv-0455

21  GEB-EFB); trial is scheduled to start on August 4, 2015, before Judge Burrell, and is expected to

22  last two to three weeks.  *Lemire* is a factually and legal complex case that has consumed much of

23  defense counsel's time and required that she be out of the office preparing witnesses and parties

24  for trial.  Further, the Court has not yet ruled on Plaintiff's pending discovery motion, which may

25  be a basis for Plaintiff to oppose or seek a continuance, under Federal Rule of Civil Procedure

26  56(d), of Defendants' intended summary-judgment motion.  Good cause therefore exists to

27  modify the Scheduling Order and extend the deadline to file dispositive motions for forty-five

28

2

1   days.  The requested extension will allow defense counsel to complete the motion due here and

2   will give the Court additional time to rule on the pending discovery motion.

3          IT IS SO STIPULATED.

4

5   Dated:  July 30, 2015                          Respectfully submitted,

6                                                  KAMALA D. HARRIS
                                                   Attorney General of California
7                                                  CHRISTOPHER J. BECKER
                                                   Supervising Deputy Attorney General
8

9                                                  */s/ Diana Esquivel*

10                                                 DIANA ESQUIVEL
                                                   Deputy Attorney General
11                                                 *Attorneys for Defendants*

12
    Dated:  July 30, 2015                          */s/ Robert Navarro*
13

14                                                 ROBERT NAVARRO
                                                   *Limited-Purpose Attorney for Plaintiff*
15

16                                  **ORDER**

17          Based on the parties' stipulation and good cause appearing, it is ordered that the parties'

18   stipulated request to modify the Scheduling Order is granted.

19          Dispositive motions shall be filed on or before September 11, 2015.

20          IT IS SO ORDERED.

21   Dated:  August 3, 2015.

22                                                 _____

23                                                 Edmund F. Brennan
                                                   United States Magistrate Judge
24

25

26

27

28

3