ROBERT NAVARRO   #128461
Attorney at Law
1245 N. Wishon Ave., Ste. 207
Fresno, California 93728
tel:  559.240-2354   fax:  559.497-5471
robrojo@att.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                              Plaintiff,<br><br>                  v.<br><br>**D. PETERSON, et al.,**<br><br>                              Defendants. | No. 2:98-cv-2111 MCE-EFB (PC)<br><br>**~~PROPOSED~~ ORDER RE REVISED STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Based on the parties' revised stipulation and good cause appearing, it is ordered that the parties' stipulated request to modify the Scheduling Order is granted.

Dispositive motions shall be filed on or before October 30, 2015.

IT IS SO ORDERED.

Dated:  August 17, 2015.

_____
Edmund F. Brennan
United States Magistrate Judge

[~~Proposed~~] Order re Revised Stipulation to Modify Scheduling Order re Dispositive Motions Deadline; *Lopez v.Peterson, et al., Case No.* 2:98-cv-02111 LKK/EFB

1