UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. PETERSON, et. al.,<br><br>　　　　　Defendants. | No. 2:98-cv-2111-MCE-EFB P<br><br><br>ORDER |

　　　Plaintiff filed a "Request for Court to Lift Dispositive Motion Deadline." ECF No. 435. On November 10, 2015, the magistrate judge issued an order denying Plaintiff's Motion. ECF No. 436. On November 30, 2015, Plaintiff filed objections to the magistrate judge's order. ECF No. 439. The Court construes Plaintiff's objections as a request for reconsideration.

　　　Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the Court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

///
///
///
///
///

1        Accordingly, it is hereby ordered that the order of the magistrate judge filed November 10, 2015(ECF No. 436) is AFFIRMED.  Plaintiff's objections to the magistrate judge's order (ECF No. 439) is construed as a motion for reconsideration and DENIED.

       IT IS SO ORDERED.

Dated:  December 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT