ROBERT NAVARRO
Attorney at Law
State Bar No. 128461
1295 North Wishon Avenue, Suite 207
Fresno, California 93728
tel: 559.240.2354   fax: 559.497.5471
robrojo@att.net

Attorneys for Andrew Rick Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 2:98-cv-02111 MCE EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE** |
| v. | |
| D. PETERSON, et al., | |
| Defendants. | |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a continuance of the status conference currently scheduled for Wednesday, April 6, 2016 (ECF No. 451), to Wednesday, April 27, 2016, or a date thereafter convenient to the Court. Good cause exists to grant this stipulation because, as noted in the prior stipulation to continue the status conference, Pelican Bay State Prison had refused to clear plaintiff's counsel for an attorney-client visit over a technicality. The day after counsel filed a motion with this court (Doc. 452) to order Pelican Bay State Prison to grant counsel's request, clearance

[Proposed] Order to Continue Status Conference; Lopez v.Peterson, No. 2:98--cv-02111-LKK-EFB

was granted and counsel has rescheduled his conference with Mr. Lopez. However, counsel cannot meet with Mr. Lopez and meet and confer with defendants' counsel before the March 30 hearing date currently set.

Consequently, the parties stipulate to a continuance of the status conference in this case in order to allow time for counsel's meeting with his client and to then meet and confer with defendants' counsel.

IT IS SO STIPULATED.

Dated:   March 11, 2016

/s/Robert Navarro
ROBERT NAVARRO
Attorneys for Andrew Rick Lopez

Dated:   March 11, 2016    KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

By:   /s/Diana Esquivel
DIANA ESQUIVEL
Deputy Attorney General
Attorneys for Defendants

ORDER

Based on the parties' stipulation and good cause appearing, it is ordered that:

The status conference currently scheduled for Wednesday, March 30, 2016, be moved to Wednesday, April 27, 2016, for the purpose of facilitating plaintiff's counsel's visitation with his client and preparing a status conference report.

IT IS SO ORDERED.

Dated:  March 15, 2016

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order to Continue Status Conference; Lopez v. Peterson, No. 2:98--cv-02111-LKK-EFB