IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D.  PETERSON, et al.,<br><br>　　　　　　　　Defendants. | No. 2:98-cv-02111 MCE-EFB<br><br>**[PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** |

**ORDER**

　　Based on the parties' stipulation and good cause appearing, it is ordered that:

　　Plaintiff's single brief, consisting of a reply and an opposition to defendants' motion for summary judgment is due by Thursday, August 18, 2016.  Defendants' reply is due by August 31, 2016.  The hearing is to be held Wednesday September 14, 2016 at 10:00 a.m.

　　IT IS SO ORDERED.

Dated:  July 28, 2016.

　　　　　　　　　　　　　　　　　　　*/s/ Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE