IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>                Plaintiff,<br><br>v.<br><br>D. PETERSON, et al.,<br><br>                Defendants. | No. 2:98-cv-02111 MCE-EFB P<br><br>**[PROPOSED] ORDER TO CONTINUE FILING DATE FOR OBJECTIONS TO FILINGS AND RECOMMENDATIONS** |

**ORDER**

Based the parties' stipulation and good cause appearing, it is ordered that:

Plaintiff's and Defendants' Objections to the Findings and Recommendations (Dkt. 476), presently due February 23, 2017, may be filed on or before March 9, 2017.

IT IS SO ORDERED.

Dated: February 16, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Modify Briefing Schedule;  Lopez v. Peterson, 2:98-cv-2111 MCE-EFB     1