ROBERT NAVARRO   #128461
Attorney at Law
1245 N. Wishon Ave., Ste. 207
Fresno, California 93728
tel: 559.240-2354   fax: 559.497-5471
robrojo@att.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**D. PETERSON, et al.,**<br><br>Defendants. | No. 2:98-cv-2111 MCE-EFB (PC)<br><br>**PROPOSED ORDER RE SECOND STIPULATED REQUEST FOR EXTENSION TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Based on the parties' second stipulated request to extend the filing date for all parties regarding objections to Magistrate Judge's findings and recommendations, and good cause appearing, it is ordered that the parties' objections shall be filed on or before March 22, 2017.

IT IS SO ORDERED.

Dated: March 7, 2017

_____
Edmund F. Brennan
United States Magistrate Judge

1

[Proposed] Order re 2nd Stipulated Request to Extend Filing Date re Objections to Findings & Recommendation; *Lopez v. Peterson, et al.*, Case No. 2:98-cv-02111 LKK/EFB