1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants Babich, Diggs, Haas, and*
8  *Wright*

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13

| | |
|---|---|
| **ANDREW R. LOPEZ,** | No. 2:98-cv-2111 MCE-EFB (PC) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| v. | |
| **D. PETERSON, et al.,** | Action Filed:  May 11, 1999 |
| Defendants. | |

21        Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Lopez, by and

22  through his attorney of record, and Defendants Babich, Diggs, Haas, and Wright, by and through

23  their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice.

24  / / /

25  / / /

26  / / /

27  / / /

28
                                    1

Each party is to bear his own costs, attorney's fees, and expenses.

IT IS SO STIPULATED.

Dated: September 29, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 29, 2017

*/s/Robert Navarro*

ROBERT NAVARRO
*Attorney for Plaintiff*

CA1999CX0162
33001552.doc

ORDER

Based on the parties' stipulation, this action is dismissed with prejudice, with each side to bear his own attorney's fees, costs, and expenses, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2